**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KALDOON HADDAD ) | |
| ) | Case No. 16-cv-01279 |
| Plaintiff, ) | |
| ) | Hon. Milton I. Shadur |
| vs. ) | |
| ) | Magistrate Judge Sheila Finnegan |
| DELTA OUTSOURCE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendants and Defendant's attorney, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendants shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: May 31, 2016**

*s/Celetha Chatman*
Celetha Chatman
Michael Wood
*Community Lawyers Group, Ltd*
73 W. Monroe, Suite 502
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
*Attorneys for Plaintiff*

*s/ Matthew J. Aplington*
Matthew J. Aplington
*Lowenbaum Law*
222 South Central Avenue, Suite 900
St. Louis, Missouri 63105
Ph: (314) 746-4828
maplington@lowenbaumlaw.com
*Attorney For Defendant*

## CERTIFICATE OF SERVICE

     I, Celetha Chatman, an attorney, hereby certify that on May 31, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: May 31, 2016**　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Celetha Chatman*