# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Kaldoon Haddad

                                    Plaintiff,

v.                                                          Case No.: 1:16–cv–01279
                                                            Honorable Milton I. Shadur

Delta Outsource Group, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 6/28/2016 is stricken. Pursuant to stipulation, this case is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.